IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| YU LUO, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | Case No.: 1:24-cv-1977 <br><br> **Judge Mary M. Rowland** <br><br> **Magistrate Judge David M. Weisman** |

**STATUS REPORT**

Per the Court's order dated April 12, 2024, Plaintiff updates the Court with the following:

Plaintiff has filed dismissals for 17 defendants in the present action, with 11 being defendants who have not previously made an appearance in this case.[1] Settlements were reached with 6 defendants to this dispute, and they were dismissed. Following the Court's order, Plaintiff presented a 'Proposal for Settlement' to all defendants, the settlement amount based upon a flat percentage of the gross sales of a defendant's infringing product. Plaintiff has further provided a copy of the sealed documents to defendants per the Order.

Because this case is one of two cases separated in two jurisdictions (Middle District of Florida and Northern District of Illinois), Plaintiff has filed a motion to join both cases. The subject matter of both cases is the same. Plaintiff originally requested joinder in the Middle District of Florida, but based on a disinclination by Judge Barber of the Middle District of Florida, Plaintiff is in the process of amending the motion to request joinder before the Northern

---

[1] The 11 defendants were dismissed without prejudice and may form the basis of further action. Plaintiff will inform the court at a later time.

District of Illinois.

Plaintiff to date has not provided an answer to several counter-complaints that have been filed. However, Plaintiff has filed a response to the Motion to Sever (due May 3, 2024).

Plaintiff remains open to settlement discussions with all defendants in this dispute. Based on the large number of sales, as well as clear infringement in each defendant selling the same product as the patented design, settlement would be preferably to elongated litigation.

DATED: May 3, 2024                                   Respectfully Submitted:

                                                     Robert M. DeWitty
                                                     Attorney, Yu Luo.