**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION**

YU LUO

        Plaintiff,

v.

PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

        Defendants.

1:24-cv-1977

Judge Mary M. Rowland
Magistrate Judge David M. Weisman

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

Pursuant to FRCP 4(a)(1)(A)(i), Plaintiff hereby inform this Court that Defendant ShenZhenShiYouBangMaoYiYouXianGongSi (No. _17_ ), identified in Schedule A of the Complaint, and Plaintiff have reached Settlement. Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

Dated _27 May 2024_

Respectfully Submitted:

Robert M. DeWitty
DeWitty and Associates
Attorney, Plaintiff
Email rmdewitty@dewittyip.com
      admin@dewittyip.com
Tele: 202-571-7070
Fax: 202-513-8071

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document was electronically filed on ___27 May 2024_____ with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

Robert M. DeWitty