# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| YU LUO,<br><br>        Plaintiff,<br><br>v.<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 1:24-cv-1977<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge David M. Weisman** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP 4(a)(1)(A)(i), Plaintiff hereby inform this Court that Defendant __BinL Hardware__ (No. __4__), identified in Schedule A of the Complaint, and Plaintiff have reached Settlement. Plaintiff hereby voluntarily dismisses Defendant from this dispute, each party to bear its own fees, costs, and expenses.

Dated 8 April 2024

Respectfully Submitted:

_____
Robert M. DeWitty
DeWitty and Associates
Attorney, Plaintiff
Email rmdewitty@dewittyip.com
      admin@dewittyip.com
Tele: 202-571-7070
Fax: 202-513-8071

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document was electronically filed on  8 April 2024  with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

Robert M. DeWitty