# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Yu Luo

                              Plaintiff,

v.                                     Case No.: 1:24−cv−01977

                                          Honorable Mary M. Rowland

The Partnerships and Unincorporated Organizations in Schedule A, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 29, 2024:

    MINUTE entry before the Honorable Mary M. Rowland: In light of the amended Third Party Complaint [137], Plaintiff's MOTION TO DISMISS Third Party Defendants Guangzhou Youming Shangmaoyouxiangongsi a/k/a Leopo−US, Jian Liu Complaint [135] is denied as moot. Response to the Amended Third Party Complaint due 8/19/24. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.